UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAILYN HENSLEY, an individual,<br><br>          Plaintiff,<br><br>     v.<br><br>TARGET CORPORATION, a Minnesota corporation; and Does 1 through 10, inclusive,<br><br>          Defendants. | Case No. 5:24-cv-02476-DMG-SP<br><br>[San Bernardino Superior Court Case No. CIVSB2431760]<br><br>**ORDER RE: STIPULATED REQUEST FOR ENTRY OF DISMISSAL WITH PREJUDICE [18]**<br><br>Action Filed:  October 18, 2024 |

# ORDER

Pursuant to the stipulation of the parties, this action is hereby dismissed with prejudice as to all claims. Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: January 16, 2025

_____
Dolly M. Gee
Chief United States District Judge